# EXHIBIT C

IN THE APPELLATE COURT OF ILLINOIS
SECOND DISTRICT

Appeal No. 2 - 21 - 0131

| | |
|---|---|
| BEAL BANK USA, <br><br> Plaintiff, <br><br><br><br> vs. <br><br><br><br> Marcia A. Swift aka Marcia Swift aka Marcia A. Jewel; Christopher T. Swift aka Chris T. Swift aka Chris R. Swift aka Chris Swift; Windemere Homeowners Association; Mortgage Electronic Registration Systems, Inc.; Ditech Financial LLC; The United States of America; State of Illinois Department of Revenue; Unknown Owners and Non-Record Claimants; <br><br> Defendants. | Appeal from the Circuit Court 16th Judicial Circuit, Kane County, Illinois <br><br> Circuit Court Case No. <br>             2016 CH 0593 <br><br> Honorable Kevin T. Busch, <br>             Judge Presiding <br><br><br> Date of Notice of Appeal: <br>             March 10, 2021 <br> Date of Final Judgment: <br>             February 9, 2021 <br><br><br> Supreme Court Conferring Jurisdiction: Rule 301 |

**DOCKETING STATEMENT**
**(Civil)**

1. Is this a cross-appeal, separate appeal, joining in a prior appeal, or related to another appeal which is currently pending or which has been disposed of by this Court? If so, state the docket number(s) of the other appeal(s):

   No. There are no cross appeals or other related appeals.

   There are three related cases:

   *LNV Corporation v. Swift*, Case No. 2011 CH 2069, 16TH Judicial Circuit Court, Kane County, Illinois;

   *In re Swift*, Bankruptcy Case No. 07-12787, US Bankruptcy Court, Northern District of Illinois; and

1

*BEAL BANK USA v. Swift*, 16-cv-10729, US District Court, Northern District of Illinois;

2. If any party is a corporation or association, identify any affiliate, subsidiary, or parent group:

BEAL BANK USA is the named plaintiff;

BEAL BANK USA, formerly known as Beal Savings Bank and Beal Bank Nevada, and BEAL BANK are two separately chartered banks under common ownership, and are insured by the Federal Deposit Insurance Corporation (FDIC).

BEAL BANK USA and BEAL BANK are affiliated with the following companies: CSG Investments Inc.; Loan Acquisition Corporation; CLG Hedge Fund, LLC.

UmbrellaBank.com (a division of BEAL BANK); and MyCDBank.com (a division of BEAL BANK USA) are online banking affiliates.

3. Full names of Appellants filing this statement:

Marcia A. Swift and Chris T. Swift

Counsel on Appeal for Appellants filing this statement:

| | |
|---|---|
| Name: | George H. Olsen |
| Address: | Law Office of George H. Olsen |
| | PO Box 576 |
| | Flossmoor, IL 60422 |
| Telephone: | Direct 708 204 8234 |
| Telephone: | Office 708 204 8234;    Fax: 708 433 0360 |
| Email: | golsenlaw@gmail.com |

4. Full name of Appellee:

BEAL BANK USA

Counsel on Appeal For Appellee:

Neal, Gerber & Eisenberg LLP
Karl R. Barnickol
Collette A. Woghiren
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602
kbarnickol@nge.com
cwoghiren@nge.com

2

5. Court Reporters:

    County Court Reporters
    600 S. County Farm Rd. Suite 200
    Wheaton, IL 60187

    Grove & Associates
    1333 North Main St.
    Wheaton IL 60187

Approximate duration of trial court proceedings to be transcribed: 8 hours

6. Is this appeal from a final order in a matter involving child custody pursuant to Illinois Supreme Court Rule 311(a)? No

7. Briefly state the general issues proposed to be raised:

    This is a residential mortgage foreclosure case. After withdrawal of counsel, Defendants' substituted counsel was not granted time to file a Response to Plaintiff's Motion for Summary Judgment. Plaintiff's Motion was granted despite numerous material fact questions which would preclude entry of summary judgment of foreclosure and sale. After judicial sale, the Order Approving Report of Sale and Distribution, Confirming Sale, and Order of Possession was entered. The trial court denied Defendants' counsel time to file a Response to the Motion for Order Approving Sale.

The general issues proposed to be raised include:

    a. Whether the Trial Court erred in granting Plaintiff's Motion for Summary Judgment over Defendants/Appellants' objections that numerous material fact questions precluded entry of the judgment of foreclosure and sale.

    b. Whether the Trial Court erred in granting Plaintiff's Motions for Summary Judgment and Motion for Order Approving Sale in violation of state and federal accommodations rights for people with psychiatric disabilities granted to Defendants/Appellants.

c. Whether the Trial Court erred in entering the Summary Judgment over Defendants' objections that the Plaintiff did not have standing to bring the foreclosure case.

I, as attorney for the Defendants/Appellants, certify that on March 17, 2021, I made a written request to the Clerk of the Circuit Court to prepare the record. I further certify that there are court reporter transcripts for this case which Defendants have requested. Copies of the requests to the Clerk of the Circuit Court and to the court Reporters are attached.

Date: __March 24.2021__                    ____/s/ George H. Olsen_____
                                            George H. Olsen
                                            Attorney for Appellant
                                            Law Office of George H. Olsen
                                            Attorney No. 2104202
                                            PO Box 576
                                            Flossmoor, IL 60422
                                            golsenlaw.@gmail.com
                                            Telephone 708-204-8234

4

# GEORGE H. OLSEN
## Law Office of George H. Olsen

Admitted :
Illinois Supreme Court
US Supreme Court

PO BOX 576
Flossmoor, Illinois 60422
(708) 204-8234
Fax: (708) 433-0360

E-Mail Address:
golsenlaw@gmail.com

March 15, 2021

Clerk of the Circuit Court
Appeals
16th Judicial Circuit
540 S Randall Rd.
St. Charles, IL 60174

Re: **Appeal No. 2 - 21 - 0131**

BEAL BANK USA v. MARCIA A. SWIFT, et al,
Circuit Court Case # 2016 CH 593  Kane County

Please prepare the Record for Appeal in the subject case.

Sincerely,

*/s/ George H. Olsen*
George H. Olsen

cc:

Neal, Gerber & Eisenberg LLP
Karl R. Barnickol
Collette A. Woghiren
2 N. LaSalle Street, Suite 170
Chicago, IL 60602
kbarnickol@nge.com
cwoghiren@nge.com

## GEORGE H. OLSEN
### Law Office of George H. Olsen

Admitted :
Illinois Supreme Court
US Supreme Court

PO BOX 576
Flossmoor, Illinois 60422
(708) 204-8234
Fax: (708) 433-0360

E-Mail Address:
golsenlaw@gmail.com

March 24, 2021

County Court Reporters
600 S. County Farm Rd. Suite 200
Wheaton, IL 60187

(630) 653-1622

Re: **Appeal No. 2 - 21 - 0131**

BEAL BANK USA v. MARCIA A. SWIFT, et al.
Circuit Court Case # 2016 CH 593  Kane County

Please file with the court the transcripts of proceedings which you prepared at hearing on the following dates:

| | |
|---|---|
| December 8, 2017 | September 27, 2019 |
| January 8, 2019 | November 13, 2019 |
| April 2, 2019 | January 23, 2020 |
| May 21, 2019 | July 22, 2020 |
| July 2, 2019 | February 9, 2021 |
| July 17, 2019 | |

In the event your records reflect other dates on which you prepared reports of proceedings, please include those transcripts as well.

Please forward your invoice for services to me.

Sincerely,

*George H. Olsen*

George H. Olsen

1

# GEORGE H. OLSEN
## Law Office of George H. Olsen

Admitted :
Illinois Supreme Court
US Supreme Court

PO BOX 576
Flossmoor, Illinois 60422
(708) 204-8234
Fax: (708) 433-0360

E-Mail Address:
golsenlaw@gmail.com

March 24, 2021

Grove & Associates
1333 North Main St.
Wheaton IL 60187

(630) 462-0060

Re:  **Appeal No. 2 - 21 - 0131**

BEAL BANK USA v. MARCIA A. SWIFT, et al,
Circuit Court Case # 2016 CH 593   Kane County

Please file with the court the transcripts of proceedings which you prepared at hearing on the following dates:

May 3, 2017
May 31, 2018
September 26, 2018

In the event your records reflect other dates on which you prepared reports of proceedings, please include those transcripts as well.

Please forward your invoice for services to me.

Sincerely,

*George H. Olsen*

George H. Olsen

1