**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Beal Bank USA, et al.

                        Plaintiff,

v.                                                      Case No.: 1:16−cv−10729
                                                      Honorable Gary Feinerman

Marcia A. Swift, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 10, 2022:

      MINUTE entry before the Honorable Gary Feinerman: Plaintiff's motion to voluntarily dismiss [103] is granted. This case is dismissed without prejudice. The 2/17/2022 status hearing [102] is stricken. There is no need to file a memorandum today. Civil case remains closed. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.